AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>Larob Harris<br>and MeKayla Johann<br><br>*Defendant(s)* | Case No.   4:23 MJ 9138 RHH<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1951(a) & 2 | Interference with commerce by threats of violence |
| 18:924(c)(j) and 2 | Possess, brandish, and/or discharge a firearm in furtherance of a crime of violence resulting in death, aiding and abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

/s/ Daniel Zwiesler, SA, FBI
*Complainant's signature*

Daniel Zwiesler, SA, FBI
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: June 30, 2023

*Judge's signature*

City and state: St. Louis, Missouri         Honorable Rodney H. Holmes, United States Magistrate Judge
*Printed name and title*